# In the United States District Court for the Southern District of Georgia Waycross Division

ROSALIND MERRITT,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

CV 525-128

## ORDER

Plaintiff initiated this action on September 18, 2025 in the Superior Court of Coffee County, Georgia. See Dkt. No. 1-1 at 1. On October 22, 2025, Defendant removed the case to this Court. Dkt. No. 1. Thereafter, on October 28, 2025, Defendant moved to dismiss the complaint. Dkt. No. 7. Then, on January 2, 2026, Plaintiff filed an amended complaint. Dkt. No. 12. For the reasons below, Defendant's motion to dismiss the original complaint is **DENIED as moot**.

## LEGAL STANDARD

Under Rule 15 of the Federal Rules of Civil Procedure, a party may amend its pleading with the opposing party's written consent. Fed. R. Civ. P. 15(a)(2). An amended pleading "supersedes the former pleading" such that "the original pleading is abandoned by the amendment, and is no longer a part

of the pleader's averments against his adversary." <u>Dresdner Bank AG v. M/V Olympia Voyager</u>, 463 F.3d 1210, 1215 (11th Cir. 2006) (internal quotation marks and citation omitted); see also <u>Fritz v. Standard Sec. Life Ins. Co.</u>, 676 F.2d 1356, 1358 (11th Cir. 1982) ("Under the Federal Rules, an amended complaint supersedes the original complaint.").

## DISCUSSION

Based on Defendant's filing of a renewed motion to dismiss, dkt. no. 13, it appears Plaintiff received Defendant's consent to file the amended complaint. As such, Plaintiff's amended complaint supersedes her original complaint, and Defendant's motion to dismiss the original complaint, dkt. no. 7, has thus been rendered moot.

## CONCLUSION

Defendant's motion to dismiss the original complaint, dkt. no. 7, is **DENIED as moot**. Defendant's motion for hearing, dkt. no. 14, is **GRANTED**. The motion hearing set for February 20, 2026 will address Defendant's renewed motion to dismiss, dkt. no. 13.

SO ORDERED, this 20 day of January, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA